# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STOCKFOOD AMERICA, INC., | Case No.: 2:18-cv-16678-KM-MAH |
| Plaintiff, | |
| v. | |
| ADAGIO TEAS, INC., | **NOTICE OF APPEARANCE** |
| Defendant. | |

Nicholas J. Pellegrino, Esq., of the law firm Genova Burns LLC, hereby enters his appearance in this matter on behalf of Defendant Adagio Teas, Inc.


Dated: August 14, 2020          Respectfully submitted,

*/s/ Nicholas J. Pellegrino*
Nicholas J. Pellegrino, Esq.
GENOVA BURNS LLC
494 Broad Street
Newark, New Jersey 07102
Tel: (973) 533-0777
*Attorneys for Defendant,*
*Adagio Teas, Inc.*

2

## **CERTIFICATE OF SERVICE**

On August 14, 2020, I caused the foregoing Notice of Appearance to be electronically filed on the Court's CM/ECF system. In addition, I caused a copy of the foregoing document to be served via email on counsel for Plaintiff as follows:

R. Terry Parker, Esq.
Rath, Young & Pignatelli, P.C.
120 Water Street, Second Floor
Boston, MA 02109
rtp@rathlaw.com

                                                 */s/ Nicholas J. Pellegrino*
                                                  Nicholas J. Pellegrino, Esq.

15475843v1 (24321.002)